# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>A. DIAZ, et al.,<br><br>       Defendants.<br>_____ / | CASE NO. 1:10-cv-01287-GBC  (PC)<br><br>ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS OR COURT WILL DENY PLAINTIFF'S MOTION TO RECONSIDER<br><br>Doc. 16<br><br>THIRTY DAY DEADLINE |

On July 20, 2010, Plaintiff Alfredo Gonzalez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On July 6, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. §§ 1915A and 1915(e). Doc. 7. On July 26, 2011, the Court granted Plaintiff's first motion for an extension of time to file an amended complaint. Doc. 9. On October 4, 2011, the Court granted Plaintiff's second motion for an extension of time to file an amended complaint. Doc. 11. On December 14, 2011, the Court granted Plaintiff's third motion for an extension of time to file an amended complaint. Doc. 13. As of March 22, 2012, Plaintiff had not filed an amended complaint or requested an additional extension of time. As a result, there was no pleading on file that set forth any claims upon which relief may be granted under § 1983. Thus, pursuant to 28 U.S.C. §§ 1915A and 1915(e), the Court dismissed Plaintiff's complaint, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under § 1983.

On April 2, 2012, Plaintiff filed a motion to reconsider, stating he had not received all of the Court's orders, and he will file an amended complaint within thirty (30) days. Doc. 16. Before the Court will consider whether to grant Plaintiff's motion to reconsider, Plaintiff must file an amended complaint. **If Plaintiff fails to file an amended complaint within thirty (30) days, the Court will deny Plaintiff's motion to reconsider.**

IT IS SO ORDERED.

Dated:   May 10, 2012

UNITED STATES MAGISTRATE JUDGE